Form G-3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: 4924 S. Martin Luther King LLC ) Chapter 11
) 
) No. 23-04726
)
Debtor(s) ) Judge Janet S. Baer

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on May 10, 2023, at 10:00 a.m., I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, **either** in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of U.S. Bank N.A., as Trustee of HOF I Grantor Trust 5 [to/for] MOTION PURSUANT TO RULE 2004, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 160 731 2971, and the passcode is 587656. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: John A. Ziegler

Stone Pogrund & Korey LLC
1 E. Wacker Dr., Ste. 2610
Chicago, IL 60601
ARDC No.: 6307394
(312) 528-5304
johnziegler@spklaw.com

# CERTIFICATE OF SERVICE

I, John A. Ziegler, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on May 3, 2023, at 5:00 p.m.

s/John A. Ziegler
[Signature]

**Service List**

**ECF SERVICE LIST:**
Paul M. Bach
Bach Law Offices
Email: paul@bachoffices.com

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

**Via First Class US Mail**
Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346
Internal Revenue Service, Mail Stop 5014CHI, 230 S. Dearborn Street, Room 2600, Chicago, IL 60604-1705
CCS Design and Development, 520 N. May, Chicago, IL 60642-5876
ComEd, Customer Correspondence Group, PO Box 87522, Chicago, IL 60680-0522
Comcast Cable, One Comcast Center, 1701 JFK Blvd., Philadelphia, PA 19103-2899
Comed, PO Box 6111, Carol Stream, IL 60197-6111
Cook County Clerk, 118 N. Clark Street, Room 434, Chicago, IL 60602-1413
Cook County State's Attorney, 50 West Washington Street, Chicago, IL 60602-1379
Cook County Treasurer, 118 N. Clark, Chicago, IL 60602-1590
Dan Lauer, 1424 W. Divison, Chicago, IL 60642-3360
Erie Insurance, 100 Erie Insurance Place, Erie, PA 16530-9000
Faris Faycurry, 505 N. Lake Shore Drive, Unit 4401, Chicago, IL 60611-3620
Flood Bros Disposal, PO Box 7800, Carol Stream, IL 60197-7800
Peoples Gas Light & Coke Company, 200 East Randolph St., Chicago, IL 60601-6433
S & K CPA LLC, 630 Milwaukee Avenue, #260, Glenview, IL 60025-5655
Zeyna Faycurry, 505 N. Lake Shore Drive, Unit 4401, Chicago, IL 60611-3620
Liz DeBoni, Vice President, North Shore Community Bank & Trust – Skokie, 7800 Lincoln Ave., Skokie, IL 60077
Wintrust Bank, National Association, 231 S La Salle St, Chicago, IL 60604

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| 4924 S. Martin Luther King LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 23-04726 |
| | ) |
| | ) Hon Janet S. Baer (Chicago) |
| | ) |

**MOTION PURSUANT TO RULE 2004 TO COMPEL THE DEBTOR AND THIRD PARTIES TO PRODUCE DOCUMENTS AND INFORMATION RELATING TO THE FINANCIAL CONDITION OF THE DEBTOR**

NOW COMES U.S. Bank National Association, not in its individual capacity but solely as trustee of HOF I Grantor Trust 5, a Delaware statutory trust (hereinafter, "Lender" or "Mortgagee"), by and through its attorneys, STONE POGRUND & KOREY LLC, pursuant to Fed. R. Bankr. P. 2004, and N.D. Ill. Bankr. R. 2004-1, and for its MOTION PURSUANT TO RULE 2004 TO COMPEL THE DEBTOR AND THIRD PARTIES TO PRODUCE DOCUMENTS AND INFORMATION RELATING TO THE FINANCIAL CONDITION OF THE DEBTOR, states as follows:

**INTRODUCTION**

1. Lender respectfully requests an order compelling the Debtor, Wintrust Bank, N.A., and Liz DeBoni (Wintrust Ban, N.A. employee) to produce documents and information relating to:

    a. The fair market value of 4924 S. Martin Luther King Drive, Chicago Illinois 60615; and

    b. The amount due and owing from Debtor to Lender.

2. Production of such documents and information is both proper under Rule 2004 and

necessary for the Trustee to fulfil its statutory duties.

## STATEMENT OF FACTS/ALLEGATIONS

3.  4924 S. Martin Luther King LLC (hereinafter, the "Debtor") is owner of the property commonly known as 4924 S. Martin Luther King Drive, Chicago Illinois 60615 (hereinafter, the "Property").

4.  Lender is a secured creditor, by virtue of owning and legally holding a note, mortgage, and indebtedness secured by the Property.

5.  The Property is Debtor's only asset of any significant value. *See* Dkt. 26, Schedule A/B. For all intents and purposes, this is a single asset case, which asset is subject to a mortgage.

6.  Debtor has been in maturity default under the note and mortgage since July of 2022. *See* Complaint for Foreclosure, Dkt. 18-2, p. 130.

7.  Lender has filed a Motion for Relief from Stay. Therein, Lender alleges:

    a.  There is due and owing from Debtor to Lender approximately $1,800,000.00 as of the filing of the Petition. *See* Payoff Letter, Dkt. 18-5.

    b.  The Property has a current fair market value of approximately $1,450,000.00. *See* Broker Price Opinion, Dkt. 18-6.

    c.  The Debtor's current tax liability on the Property is in excess of $400,000.00 due to Debtor's failure to file a Petition for Division and/or Consolidation of Property with the Cook County Assessor. *See* Broker Price Opinion, Dkt. 18-8; Mot. for Relief from Stay, Dkt. 18 ¶¶ 28-36.

8.  Debtor has filed schedules in this matter, which allege:

    a.  The Property is valued at $1,800,000.00, which is $350,000.00 more than

2

    the Broker Price Opinion submitted by Lender. *See* Dkt. 26, Schedule

    A/B, ¶ 55.

  b. The Cook County Treasurer is a secured creditor, but its claim is valued at

    $0.00. *See* Dkt. 26, Schedule D ¶ 2.1.

  c. Lender is a secured creditor, but its claim is valued only at $1,600,000.00,

    approximately $200,000.00 less than claimed by Lender as of the date of

    filing the Petition. *See* Dkt. 26, Schedule D ¶ 2.2.

9. Upon information and belief, Debtor listed the Property for sale beginning on/around June of 2022, but failed or otherwise refused to sell the same. Debtor took the Property off market in February of 2023.

10. Upon information and belief, Debtor received offers on the Property, but such offers were not sufficient to satisfy the amount due to Lender in full.

11. Upon information and belief, Debtor attempted to refinance the Property with Wintrust Bank, N.A. in the Fall of 2022 and again in Winter/Spring of 2023. Debtor was unable to obtain financing sufficient to satisfy the amount due to the Lender.

12. Upon information and belief, Wintrust Bank, N.A. offered Debtor financing on the Property in the sum of approximately $1,500,000.00, far less than the value as stated by Debtor and far less than the amount due under the note/mortgage, as claimed by Lender. *See* Wintrust Proposal, attached hereto and incorporated herein as Exhibit 1.

13. Such refinancing proposal was made by Liz DeBoni, an employee of Wintrust. *See id.*; Liz DeBoni, Vice President, WINTRUST BANK, N.A., *available at* https://www.wintrustbank.com/about-your-bank/connect-with-us/find-expert/staff/liz-

3

deboni.html (last checked May 3, 2023).

14. Debtor is significantly overvaluing the Property.

15. Debtor is significantly undervaluing the amount due to Lender.

16. Debtor's schedules do not accurately state Debtor's financial condition.

17. As a secured creditor, Lender is a party in interest in this matter.

## ARGUMENT

18. Federal Rule of Bankruptcy Procedure 2004 states: "On motion of any party in interest, the court may order the examination of any entity", including examination of the "acts, conduct, or property or to the liabilities and financial condition of the debtor…"

19. In addition, the "court may for cause shown and on terms as it may impose order the debtor to be examined under this rule at any time or place it designates…" Fed. R. Bankr. P. 2004(d).

20. Lender respectfully requests that this Court order Debtor to produce any and all documents:

    a. On which Debtor relies in calculating the current amount due and owing from Debtor to Lender, including but not limited to any documents on which Debtor relies in alleging that the amount due is less than stated in the Payoff Letter presented by Lender. *See* Payoff Letter, Dkt. 18-5.

    b. Which purport to show the current fair market value of the Property, including but not limited to: appraisals, comparative market analyses, broker price opinions, listing agreements, contract offers to purchase, and/or refinancing offers, proposals, or commitments.

21. Lender respectfully requests that this Court order Debtor to identify or otherwise sit for examination as to:

   a. Any and all persons (including appraisers, real estate brokers, mortgage brokers, or financial institutions), which may have information relevant to the fair market value of the Property;

   b. Any and all persons (including appraisers, real estate brokers, mortgage brokers, or financial institutions), which may have information relevant to the financial condition of the Debtor;

   c. Any and all persons (including appraisers, real estate brokers, mortgage brokers, or financial institutions), which may have information relevant to the amount due from Debtor to Lender;

   d. Any and all information relating to the fair market value of the Property; and

   e. Any and all information relating to Any and all information relating to the fair market value of the Property.

22. Lender respectfully requests that Debtor tender such information to Lender and the Trustee prior to the Meeting of Creditors in this cause.

23. Production of documents and information is critical so that the Trustee may perform its statutory duties. *See* 11 U.S.C. §1106(a)(3) (the trustee shall "investigate the acts, conduct, assets, liabilities, and financial condition of the debtor…"); 11 U.S.C. §1106(a)(4)(A) (the trustee shall "file a statement of any investigation conducted… including any fact ascertained pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement, or irregularity in

the management of the affairs of the debtor…").

24. Lender also respectfully requests entry of an order compelling Wintrust Bank, N.A. and Liz DeBoni to produce documents which purport to show the current fair market value of the Property, including but not limited to: appraisals, comparative market analyses, broker price opinions, listing agreements, contract offers to purchase, and/or refinancing offers, proposals, or commitments.

WHEREFORE, Lender, U.S. Bank National Association, not in its individual capacity but solely as trustee of HOF I Grantor Trust 5, a Delaware statutory trust, prays:

A. For an order compelling Debtor to produce documents and information, as requested in this Motion;

B. For an order directing Debtor to sit for examination, as requested in this Motion;

C. For an order compelling Wintrust Bank, N.A. and Liz DeBoni, to produce documents and information, as requested in this Motion;

D. For an order directing Wintrust Bank, N.A. and Liz DeBoni, to sit for examination, as requested in this Motion;

E. For such other and further relief as is just and proper.

By: /s/ John A. Ziegler
Attorney for U.S. Bank National Association, not in its individual capacity but solely as trustee of HOF I Grantor Trust 5, a Delaware statutory trust

Stone Pogrund & Korey LLC
1 E. Wacker Dr., Ste. 2610
Chicago, IL 60601
ARDC No.: 6307394
(312) 528-5304
John A. Ziegler (johnziegler@spklaw.com)